**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | |
|---|---|
| GARY LAPOINTE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 2:20-cv-13-GZS |
| ) | |
| SOCIAL SECURITY ADMINIS- ) | |
| TRATION COMMISSIONER, ET AL. ) | |
| ) | |
| Defendants ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 8) filed January 23, 2020, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's claims against Defendants Bill Gordon and Bill Gordon & Associates, LLC are **DISMISSED**, but Plaintiff may proceed on his claim against the Social Security Administration Commissioner.

/s/ George Z. Singal
United States District Judge

Dated this 25th day of March, 2020.