# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| GARY L., | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) No. 2:20-cv-00013-GZS |
| | ) |
| ANDREW M. SAUL, Commissioner of Social Security, | ) |
| | ) |
| **Defendant.** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 23) filed September 30, 2020, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Administrative Decision is **AFFIRMED**.

                                                                                       /s/ George Z. Singal
                                                                                       United States District Judge

Dated this 26th day of October, 2020.